

**No. 67228.**—Transamerican Match Corporation et al. *v.* United States, protests 59/27113–15785, etc. (New Orleans).

Opinion by OLIVER, C.J.   In accordance with stipulation of counsel that the merchandise and issues are similar in all material respects to those involved in *Falcon Sales Company* and *J. J. Murphy & Co.* v. *United States* (47 Cust. Ct. 129, C.D. 2292), the claim of the plaintiffs was sustained.

**No. 67229.**—Westwood Import Co. and Hoyt, Shepston & Sciaroni et al. *v.* United States, protests 60/16265, etc. (San Francisco).

Opinion by OLIVER, C.J.   In accordance with stipulation of counsel that the merchandise and issues are similar in all material respects to those involved in *Falcon Sales Company* and *J. J. Murphy & Co.* v. *United States* (47 Cust. Ct. 129, C.D. 2292), the claim of the plaintiffs was sustained.

**No. 67230.**—Mattoon & Co., Inc. *v.* United States, protests 60/19551, etc. (San Francisco).

Opinion by OLIVER, C.J.   In accordance with stipulation of counsel that the merchandise and issues are similar in all material respects to those involved in *Falcon Sales Company* and *J. J. Murphy & Co.* v. *United States* (47 Cust. Ct. 129, C.D. 2292), the claim of the plaintiff was sustained.

**No. 67231.**—Ernest Greenwood Company *v.* United States, protests 61/5017, 61/20706, and 62/719 (Tampa).

Opinion by OLIVER, C.J.   In accordance with stipulation of counsel that the merchandise and issues are similar in all material respects to those involved in *Falcon Sales Company* and *J. J. Murphy & Co.* v. *United States* (47 Cust. Ct. 129, C.D. 2292), the claim of the plaintiff was sustained.

**No. 67232.**—Westwood Import Co. and Hoyt, Shepston & Sciaroni *v.* United States, protests 61/18004 and 61/23112 (San Francisco).

Opinion by OLIVER, C.J. In accordance with stipulation of counsel that the merchandise and issues are similar in all material respects to those involved in *Falcon Sales Company* and *J. J. Murphy & Co.* v. *United States* (47 Cust. Ct. 129, C.D. 2292), the claim of the plaintiffs was sustained.

**No. 67233.**—Ernest Greenwood Co. v. United States, protests 62/3328, etc. (Savannah).

Opinion by OLIVER, C.J. In accordance with stipulation of counsel that the merchandise and issues are similar in all material respects to those involved in *Falcon Sales Company* and *J. J. Murphy & Co.* v. *United States* (47 Cust. Ct. 129, C.D. 2292), the claim of the plaintiff was sustained.

**No. 67234.**—Morris Friedman et al. v. United States, protests 60/7297, etc. (Philadelphia).

Opinion by OLIVER, C.J. In accordance with stipulation of counsel that the merchandise consists of fiber tree corsages similar in all material respects to those the subject of Abstract 63552, the claim of the plaintiffs was sustained.

BEFORE THE FIRST DIVISION, DECEMBER 3, 1962

**No. 67235.**—Charleston Overseas Forwarders, Inc., et al. v. United States, protests 59/6523, etc. (Charleston).

Opinion by OLIVER, C.J. In accordance with stipulation of counsel that the merchandise and issues are similar in all material respects to those involved in *Falcon Sales Company* and *J. J. Murphy & Co.* v. *United States* (47 Cust. Ct. 129, C.D. 2292), the claim of the plaintiffs was sustained.

**No. 67236.**—Transamerican Match Corporation v. United States, protests 59/6855, etc. (Norfolk).